288 F.2d 889
 George GEORGES, Appellant,
v.
UNITED STATES of America, Appellee.
 No. 18709.
 United States Court of Appeals Fifth Circuit.
 April 17, 1961.
 
 George Georges, in pro. per.
 Arthur L. Luethcke, Asst. U.S. Atty., San Antonio, Tex., Russell B. Wine, U.S. Atty., San Antonio, Tex., for appellee.
 Before TUTTLE, Chief Judge, and HUTCHESON and JONES, Circuit Judges.
 PER CURIAM.
 
 
 1
 The judgment of the trial court is affirmed. See Georges v. United States, 5 Cir., 262 F.2d 426.